Charles R. ARMSTRONG, Doing Business under the Firm Name and Style of Knickerbocker Chemical Supply Co., Plaintiff-Appellant, v. Maurice CAMPBELL, Federal Prohibition Administrator for the Second District of New York, and James M. Doran, Federal Prohibition Commissioner of the United States, Defendants-Appellees.

No. 262.

Circuit Court of Appeals, Second Circuit.

March 3, 1930.

Lewis Landes, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (U. S. Grant, Asst. U. S. Atty., of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

John B. ARNOLD et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

No. 8758.

Circuit Court of Appeals, Eighth Circuit.

Nov. 16, 1929.

John B. Arnold, N. B. Arnold, and McCoy & Hansen, all of Duluth, Minn., for petitioners.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of respondent and consent of petitioners.

N. B. ARNOLD et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

No. 8759.

Circuit Court of Appeals, Eighth Circuit.

Nov. 16, 1929.

John B. Arnold, N. B. Arnold, and McCoy & Hansen, all of Duluth, Minn., for petitioners.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of respondent and consent of petitioners.

John B. ARNOLD, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 8760.

Circuit Court of Appeals, Eighth Circuit.

Nov. 16, 1929.

John B. Arnold, N. B. Arnold, and McCoy & Hansen, all of Duluth, Minn., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of respondent and consent of petitioner.